**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                                              **CASE ACTION NO. 3:25CR-2-RGJ**
                                                     *Electronically Filed*

**SUKHJIT BAINS**
**JONATHAN ERNSPIKER**
**CHRISTOPHER GARDNER**                                        **DEFENDANTS**

**BILL OF PARTICULARS**
**FOR FORFEITURE OF PROPERTY**

The United States of America, by and through Kyle G. Bumgarner, United States Attorney for the Western District of Kentucky, and Joshua R. Porter, Assistant United States Attorney, hereby submits a Bill of Particulars, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure, to restate, supplement and clarify the forfeiture allegations contained in the Indictment and to provide notice of specific property the Government intends to forfeit upon conviction. Under Federal Rule of Criminal Procedure 32.2(a), 18 U.S.C. § 934 and 21 U.S.C. § 853, the property subject to forfeiture in this case, includes but is not limited to: **$17,375.00 in U.S. Currency.**

Respectfully submitted,

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

 s/ *Joshua R. Porter*
Joshua R. Porter
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911

CERTIFICATE OF SERVICE

On September 30, 2025, I electronically filed the foregoing through the ECF system, which will send a notice of electronic filing to counsel of record for the defendants.

 s/ *Joshua R. Porter*
Joshua R. Porter
Assistant U. S. Attorney